**SO ORDERED.**

**SIGNED this 3 day of November, 2017.**



                        **Stephani W. Humrickhouse**
                        **United States Bankruptcy Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## WILMINGTON DIVISION

| | |
|---|---|
| **IN RE:** | **CASE NO.** |
| **JOYCE ANN FRINK** | **16-00093-5-SWH** |
| | **CHAPTER 7** |
| **DEBTOR** | |

### ORDER VACATING ORDER FOR TURNOVER DATED JANUARY 18, 2017
### AND NOTICING AND SETTING STATUS CONFERENCE

      The court having determined *sua sponte* that its ORDER FOR TURNOVER dated January 18, 2017 (the "January 18, 2017 Order") was improvidently entered, said order is hereby VACATED. The chapter 7 trustee is directed to hold and refrain from administering any and all property turned over to him as a result of the January 18, 2017 Order pending further orders of this court. A status conference shall be held on November 9, 2017 at 10:00 a.m. at the Alton Lennon Federal Building and U.S. Courthouse, 2 Princess Street, Wilmington, North Carolina 28401. The chapter 7 trustee and the debtor, or her counsel, are directed to attend.

**END OF DOCUMENT**