**SO ORDERED.**

**SIGNED this 28 day of November, 2017.**



_____
**Stephani W. Humrickhouse
United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## Eastern District of North Carolina
### Wilmington Division

| | |
|---|---|
| IN RE: | CASE NO.: |
| FRINK, JOYCE ANN | 16-0093-5-SWH |
| DEBTOR(S) | CHAPTER 7 |

## ORDER ALLOWING MOTION TO WITHDRAW

For the reasons stated in the motion, and for good cause shown, it is hereby ordered that Christopher D. Lane's Motion to Withdraw is GRANTED.

"END OF DOCUMENT"