IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:17-CV-224-BO

| | |
|---|---|
| IN RE:<br><br>    JOYCE ANN FRINK,<br><br>    Debtor.<br><br>Bankruptcy Case No.: 16-00093-5-SWH<br>_____<br><br>ALGERNON L. BUTLER, III, AS CHAPTER 7 TRUSTEE FOR THE BANKRUPTCY ESTATE OF JOYCE ANN FRINK,<br><br>    Appellant,<br><br>v.<br><br>JOYCE ANN FRINK,<br><br>    Appellee. | Fed. R. Bankr. P. Rule 8023<br>Joint Stipulation of Voluntary<br>Dismissal of Appeal |

Appellant Algernon L. Butler, III, as Chapter 7 Trustee for the Bankruptcy Estate of Joyce Ann Frink ("Appellant") and Appellee Joyce Ann Frink ("Appellee") (collectively, the "Parties"), by and through their undersigned counsel of record and pursuant to Rule 8023 of the Federal Rules of Bankruptcy Procedure, hereby stipulate and agree to dismissal of the above-captioned appeal from the United States Bankruptcy Court for the Eastern District of North Carolina (the "Bankruptcy Court"), with each of the Parties bearing responsibility for their own attorneys' fees, costs, and expenses.

This the 8th day of March, 2018.

| | |
|---|---|
| s/ Hunter E. Fritz<br>Hunter E. Fritz<br>BUTLER & BUTLER, L.L.P.<br>P. O. Box 38<br>Wilmington, NC 28402<br>Telephone: (910) 762-1908<br>Facsimile: (910) 762-9441<br>Email: hunterfritz@butlerbutler.com<br>N.C. State Bar No. 46040<br>Attorneys for the Appellant | s/ Terry B. Richardson<br>Terry B. Richardson<br>209 Princess Street<br>Wilmington, NC 28401<br>Telephone: (910) 763-7420<br>Facsimile: (910) 762-4176<br>Email: tcrichardsonlaw@aol.com<br>N.C. State Bar No. 10015<br>Attorney for the Appellee |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies under penalty of perjury that he is over eighteen (18) years of age; and that the

**JOINT STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL**

filed in the above captioned case was this day served upon the below named persons as follows:

<u>Via CM/ECF</u>:

Terry B. Richardson
209 Princess Street
Wilmington, NC 28401
*Attorney for Appellee*


This the 8th day of March, 2018.

                                            s/ Hunter E. Fritz
                                            Hunter E. Fritz
                                            P. O. Box 38
                                            Wilmington, NC 28402