**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

| Case No: | 16-00093-5-SWH | Judge: Stephani W. Humrickhouse | Trustee Name: | Algernon L. Butler, III |
|---|---|---|---|---|
| Case Name: | FRINK, JOYCE ANN | | Date Filed (f) or Converted (c): | 01/07/16 (f) |
| | | | 341(a) Meeting Date: | 02/03/16 |
| For Period Ending: | 06/30/18 | | Claims Bar Date: | 03/30/17 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Single Family Residence -178 Grist Rd. Chadbourn  Single Family Residence - 178 Grist Road, Chadbourn, NC  2,077 Square Foot Home, 3 BR | 58,000.00 | 0.00 | | 0.00 | FA | 37,000.00 | 21,000.00 |
| 2. GMC Envoy 2004  Mileage: 230,000 | 300.00 | 0.00 | | 0.00 | FA | 5,544.00 | 0.00 |
| 3. Kitchenware Items  Location: 178 Grist Road, Chadbourn NC 28431 | 50.00 | 0.00 | | 0.00 | FA | 0.00 | 50.00 |
| 4. Appliances - Fridge, Stove  Location: 178 Grist Road, Chadbourn NC 28431 | 325.00 | 0.00 | | 0.00 | FA | 0.00 | 325.00 |
| 5. Furniture - 2 beds, small dining room set  Location: 178 Grist Road, Chadbourn NC 28431 | 580.00 | 0.00 | | 0.00 | FA | 0.00 | 580.00 |
| 6. Electronics - Computer  Location: 178 Grist Road, Chadbourn NC 28431 | 610.00 | 0.00 | | 0.00 | FA | 0.00 | 610.00 |
| 7. Computer | 600.00 | 0.00 | | 0.00 | FA | 639.00 | 0.00 |
| 8. Clothing  Clothing - Womens  Location: 178 Grist Road, Chadbourn NC 28431 | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 250.00 |
| 9. Jewelry - two necklaces  Jewelry - two necklaces  Location: 178 Grist Road, Chadbourn NC 28431 | 200.00 | 0.00 | | 0.00 | FA | 0.00 | 200.00 |
| 10. Cash on Hand | 65.00 | 0.00 | | 0.00 | FA | 0.00 | 65.00 |
| 11. FINANCIAL ACCOUNTS  Checking Account - State Employees Credit Union | 75.00 | 0.00 | | 0.00 | FA | 0.00 | 75.00 |
| 12. Turnover of Gross Proceeds from Settlement (u)  Turnover of Gross Proceeds from Settlement of Civil Action per Turnover Order of 01.18.17, DE 29.  Approval of Compromise allowed per Order of 02/14/18, | 0.00 | 30,000.00 | | 0.00 | 30,000.00 | 0.00 | 0.00 |

LFORM1EX

Ver: 20.00j

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 2

| Case No: | 16-00093-5-SWH | Judge: Stephani W. Humrickhouse | | Trustee Name: | Algernon L. Butler, III |
| --- | --- | --- | --- | --- | --- |
| Case Name: | FRINK, JOYCE ANN | | | Date Filed (f) or Converted (c): | 01/07/16 (f) |
| | | | | 341(a) Meeting Date: | 02/03/16 |
| | | | | Claims Bar Date: | 03/30/17 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| DE 141. Estate's share of settlement $30,000 plus 5% of amount in excess of $256,245.79. | | | | | | | |
| TOTALS (Excluding Unknown Values) | $61,055.00 | $30,000.00 | | $0.00 | Gross Value of Remaining Assets $30,000.00 (Total Dollar Amount in Column 6) | $43,183.00 | $23,155.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

06/30/2018:  The Trustee is awaiting the estate's share of the Debtor's settlement proceeds.  Estimated closing date is June 30, 2019.

Initial Projected Date of Final Report (TFR): 12/31/17       Current Projected Date of Final Report (TFR): 06/30/19

/s/    Algernon L. Butler, III
_____      Date: 07/31/18
ALGERNON L. BUTLER, III

LFORM1EX

Ver: 20.00j